**United States District Court**
For the Northern District of California

1
2
3
4
5     UNITED STATES DISTRICT COURT
6     NORTHERN DISTRICT OF CALIFORNIA
7
8   JOSEPH JOHNSON, JR.,                    No. C 08-1177 SI (pr)
9          Plaintiff,                       **JUDGMENT**
10     v.
11  STEPHEN W. MAYBERG; et al.,
12         Defendants.
13                                    /
14     This action is dismissed without prejudice to plaintiff filing a new action.
15
16     IT IS SO ORDERED AND ADJUDGED.
17
18  Dated: March 27, 2008                    _____
19                                           SUSAN ILLSTON
                                             United States District Judge
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON JR, | Case Number: CV08-01177 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| STEPHEN W MAYBERG et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Johnson 000580-1
Coalinga State Hospital
P.O. Box 5003
24511 West Jayne Ave.
Coalinga, Ca 93210

Dated: April 1, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk