DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018268
Cashier ID: bucklem
Transaction Date: 04/17/2008
Payer Name: eleanor chiles
--------------------------------
CIVIL FILING FEE
 For: joseph johnson
 Case/Party: D-CAN-3-08-CV-000010-001
 Amount:        $350.00
--------------------------------
CHECK
 Check/Money Order Num: 1178
 Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.